BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELINA BOTELLO CHARLES and JULIO CESAR VILLANUEVA-CORNEJO,<br><br>Defendants. | CASE NO. 1:12-CR-00221 LJO<br><br>STIPULATION REGARDING VACATING TRIAL DATE; FINDINGS AND ORDER<br><br>DATE: November 18, 2013, and jury trial on December 10, 2013<br>TIME: 11 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on November 18, 2013, and jury trial on December 10, 2013.

2. By this stipulation, the parties now move to vacate the trial confirmation and reset for trial at the current trial confirmation on the above date and time.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that additional discovery associated with this case was recently obtained. All of this discovery was been or will be produced to counsel as soon as practicable.
STIPULATION RE: VACATING TRIAL; [PROPOSED] FINDINGS AND ORDER

1

b) Counsel for defendants desire additional time to review this discovery and consider a pretrial resolution.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation and investigation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 8, 2013            BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ KAREN A. ESCOBAR
                                   KAREN A. ESCOBAR
                                   Assistant United States Attorney


Dated: November 8, 2013             /s/ Barbara A. O'Neill
                                   BARBARA A. O'NEILL
                                   Counsel for Defendant MARCELINA BOTELLO CHARLES


Dated: November 8, 2013             /s/ Ann McGlenon
                                   ANN McGLENON
                                   Counsel for Defendant JULIO CESAR VILLANUEVA-CORNEJO

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  **November 11, 2013**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

STIPULATION RE: VACATING TRIAL; [PROPOSED] FINDINGS AND ORDER